**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number (if known): _____  Chapter  11

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Clark-Cutler-McDermott Company |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 04-1181550 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 5 Fisher Street<br>Franklin, MA 02038<br>Number, Street, City, State & ZIP Code | P.O. Box 269<br>Franklin, MA 02038<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Norfolk<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   www.clarkcutlermcdermott.com

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Clark-Cutler-McDermott Company**  Case number (*if known*) _____
Name

7. Describe debtor's business

    A. *Check one:*
    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ■ None of the above

    B. *Check all that apply*
    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __3363__

8. Under which chapter of the Bankruptcy Code is the debtor filing?

    *Check one:*
    ☐ Chapter 7
    ☐ Chapter 9
    ■ Chapter 11. *Check all that apply*:
    
    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    
    ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
    ■ No.
    ☐ Yes.

    If more than 2 cases, attach a separate list.
    
    District _____ When _____ Case number _____
    District _____ When _____ Case number _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    ☐ No
    ■ Yes.

    List all cases. If more than 1, attach a separate list
    
    Debtor    **CCM AUTOMOTIVE LAFAYETTE LLC**    Relationship    **SUBSIDIARY**
    District  **MASSACHUSETTS**    When _____ Case number, if known _____

Debtor **Clark-Cutler-McDermott Company** _____ Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   Clark-Cutler-McDermott Company                     Case number (if known)
         Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 6, 2016
              MM / DD / YYYY

X  /s/ James T. McDermott                              James McDermott
Signature of authorized representative of debtor        Printed name

Title  **Chief Executive Officer**

**18. Signature of attorney**

X _____        Date  July 6, 2016
Signature of attorney for debtor                     MM / DD / YYYY

**Charles A. Dale III**
Printed name

**K&L Gates LLP**
Firm name

**State Street Financial Center**
**One Lincoln Street**
**Boston, MA 02111**
Number, Street, City, State & ZIP Code

Contact phone  (617) 261-3112      Email address  chad.dale@klgates.com

558839
Bar number and State

Debtor  **Clark-Cutler-McDermott Company** _____ Case number (*if known*) _____
        Name

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 6, 2016**
             MM / DD / YYYY

X _____   **James McDermott**
Signature of authorized representative of debtor   Printed name

Title  **Chief Executive Officer**

**18. Signature of attorney**



X _____   Date **July 6, 2016**
Signature of attorney for debtor                     MM / DD / YYYY

**Charles A. Dale III**
Printed name

**K&L Gates LLP**
Firm name

**State Street Financial Center**
**One Lincoln Street**
**Boston, MA 02111**
Number, Street, City, State & ZIP Code

Contact phone **(617) 261-3112**   Email address **chad.dale@klgates.com**

**558839**
Bar number and State

## Schedule 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

As of the date hereof, each of the entities listed below (the "Debtors") filed a petition in this Court for relief under Chapter 11 of the United States Code. The Debtors have moved for joint administration of these cases under the number assigned to the Chapter 11 case of Clark-Cutler-McDermott Company.

1. Clark-Cutler-McDermott Company

2. CCM Automotive Lafayette LLC

## CLARK-CUTLER-MCDERMOTT COMPANY

Unanimous Written Consent of the
Board of Directors

July 6, 2016

The undersigned, being all of the Directors of Clark-Cutler-McDermott Company, a Massachusetts corporation, hereby consent, pursuant to Massachusetts General Laws, Chapter 156D, Section 8.21 and as authorized by the By-Laws of Clark-Cutler-McDermott Company, to the following actions and adopt the following resolutions effective as of the date set forth above, to have the same force and effect as if taken or made at a meeting duly called and held:

**WHEREAS:** The Board of Directors of Clark-Cutler-McDermott Company (the "Board") has considered the business and financial condition and results of operations of Clark-Cutler-McDermott Company ("CCM") and its affiliate CCM Automotive Lafayette LLC ("Lafayette") (collectively "the Companies"), on the date hereof, including the assets and liabilities of the Companies;

**WHEREAS** CCM is the sole member and manager of CCM Automotive LLC, and CCM Automotive LLC is the sole member and manager of Lafayette; and,

**WHEREAS** The Board has reviewed, considered, and received the recommendations of the senior management and legal, financial, and other advisors of the Companies as to the relative risks and benefits of pursuing a bankruptcy under chapter 11 ("Chapter 11") of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

NOW, THEREFORE, it is hereby:

**Authorization for Filing Voluntary Petitions Under
Chapter 11 of the Bankruptcy Code and Related Matters**

**RESOLVED:** That in the judgment of the Board, it is desirable and in the best interests of the Companies' creditors, stockholders, members and other parties in interest that the Companies each commence a bankruptcy proceeding (a "Chapter 11 Case") by filing a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (the "Bankruptcy Court") on or after the date hereof;

**RESOLVED:** That CCM's Chief Executive Officer, James T. McDermott (an "Authorized Officer") be, and he is, hereby authorized and directed, in the name of and on behalf of the Companies, to execute and verify petitions under chapter 11 of the Bankruptcy Code and to cause the same

        to be filed in the Bankruptcy Court at such time as the Authorized Officer executing the petitions shall determine;

**RESOLVED:** That the Authorized Officer be, and he is, authorized and directed to execute and file, in the name of and on behalf of the Companies, all petitions, agreements, pleadings, and other documents or papers, and to take any and all action that such Authorized Officer deems necessary or proper, in connection with the Chapter 11 Case;

### Chapter 11 Professionals

**RESOLVED:** That the Authorized Officer be, and he is, authorized and directed to employ and retain the law firm of K&L Gates LLP as bankruptcy counsel to represent and assist the Companies in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance the Companies' rights and obligations, including filing any pleadings and in connection therewith, the Authorized Officer is authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Cases, and cause to be filed an appropriate application for authority to retain the services of K&L Gates LLP;

**RESOLVED:** That the Authorized Officer be, and he is, authorized and directed to employ and retain the firm of Conway Mackenzie Capital Advisors LLC, as investment bankers to represent and assist the Companies in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance the Companies' rights and obligations; and in connection therewith, the Authorized Officer is authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Cases, and cause to be filed an appropriate application for authority to retain the services of Conway Mackenzie Capital Advisors LLC.

### General Authority

**RESOLVED:** That, in addition to the specific authorizations previously conferred herein upon the Authorized Officer, the Authorized Officer is authorized and directed, in the name of and on behalf of the Companies, to take or cause to be taken any and all such further actions, execute and deliver any and all such petitions, agreements, pleadings, and other documents or papers, and pay all expenses, including filing fees, in each case as in such Authorized Officer's judgment shall be necessary or desirable to fully carry out the intent and accomplish the purpose of the resolutions adopted herein;

**RESOLVED:** That all acts, actions, and transactions relating to the matters contemplated by the resolutions herein done in the name of and on behalf

of the Companies, which acts would have been approved by the resolutions herein except that such actions were taken before these resolutions were approved and adopted by the Board, are hereby in all respects approved and ratified; and,

**RESOLVED**: That in its capacity as manager of CCM Automotive LLC, CCM hereby authorizes and directs CCM Automotive LLC, as manager of Lafayette, to take any and all other and further actions as may be necessary or desirable in furtherance of these Resolutions.

This Consent may be executed in counterparts, each of which shall be deemed an original but all of which taken together shall constitute one and the same instrument.

DIRECTORS:

_____
Thomas R. McDermott

_____
James T. McDermott

_____
Peter J. Bucchanio