Fill in this information to identify the case:

Debtor name: Clark-Cutler-McDermott Company
United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| New England Joint Board Local 31T of Unite! 33 Harrison Avenue Boston, MA 02111 | Warren Pepicelli, Manager, International Executive VP  Ph: 617-426-1515 Fax: 617-426-1653 | Collective Bargaining Agreement | Contingent Unliquidated | | | Unknown |
| National Retirement Fund 6 Blackstone Valley Place, Suite 302 Lincoln, RI 02865 | Richard Rust  pensioninfo@amalgamatedlife.com  Ph: 800-452-4155 | Multi-Employer Plan | Contingent Unliquidated | | | Unknown |
| Fiber Conversion Inc. 15 E Elm St Broadalbin, NY 12025 | Meggie Clark  Ph: 518-883-3431 Fax: 518-883-8748 | Trade Debt | | | | $740,207.42 |
| Marves Industries 306 Cline Park Drive Hildebran, NC 28637 | Elias Gomez  Ph: 828-397-4400 Fax: 828-397-4402 | Trade Debt | | | | $625,727.77 |
| Millbury Textile Recycling Inc PO Box 69 Millbury, MA 01527 | Teamccmcd@MillburyrecyclinG.COM Ph: 508-865-1717 | Trade Debt | | | | $350,419.88 |
| Acousitics & Insulators Techniques, S.L C/Moli D'en Bisbe, 18-34 Barcelona 08110 Spain | Antonio Pomes  Ph: +34 627 559755  APomes@acousticsit.com | Trade Debt | | | | $309,114.54 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Clark-Cutler-McDermott Company**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| GB Industries LLC<br>PO Box 2442<br>Birmingham, MI 48012-2442 | Guy Boitos<br>Ph:  248-202-2000<br>Fax: 248-593-8699 | Trade Debt | | | | $283,236.28 |
| Constellation New Energy<br>PO Box 105223<br>Atlanta, GA 33034-8522 | Ph:  888-808-7731 | Trade Debt | | | | $244,929.58 |
| Leigh Fibers Inc.<br>1101 Syphirt Road<br>Wellford, SC 29385 | Doreen Simonds<br>dsimonds@leighfibers.com<br>Ph:  864-949-5609 | Trade Debt | | | | $228,263.75 |
| HW Staffing Solutions<br>PO Box 517<br>South Easton, MA 02375-0517 | Steve Smith<br>ssmith@hwstaffing.com | Trade Debt | | | | $205,596.30 |
| Direct Energy Business<br>PO Box 905243<br>Charlotte, NC 28290-5243 | Ph:  800-437-7265<br>Fax: 866-239-5671 | Trade Debt | | | | $160,228.23 |
| Consolidated Fibers Inc.<br>PO Box 240416<br>Charlotte, NC 28224 | David Kugel<br>Dkugel@Consolidatedfibers.Com<br>Ph:  704-554-8621 X320 | Trade Debt | | | | $137,420.81 |
| KPMG LLP<br>Dept 0511<br>Dallas, TX 75312-0511 | Phil Goy<br>PGoy@kpmg.com | Professional Services | | | | $132,358.25 |
| Diematic Tooling<br>250 Woolwich St So-Unit 18<br>Ontario N0B1M0 Canada | Robert Malinowski<br>robertm@diematiccanada.com | | | | | $130,230.00 |
| R&S Technik GMBH-Bocholt Betriebsstatte<br>Germany<br>D-63477 Maintal | Michael Illek<br>Millek@Rstechnik.De<br>+49 (0) 6109 7123 41 | Trade Debt | | | | $107,346.94 |
| Northland-Willette Inc.<br>12 High St<br>Plainville, MA 02762-0295 | Diane Donnelly<br>ddonnelly@nwhydinc.com | Trade Debt | | | | $88,780.51 |

Debtor **Clark-Cutler-McDermott Company**　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Allied Waste Services Fall River Collection Fall River, MA 02720-4736 | Ph:   508-676-1091 | Trade Debt | | | | $72,324.14 |
| Command Transportation 7500 Frontage Rd Skokie, IL 60077 | Michael Bull  mbull@commandtransportation.com | Trade Debt | | | | $67,355.00 |
| UPS Freight PO Box 730900 Dallas, TX 75373-0900 | Jessica Butler  Jessicalbutler@UPS.com | Trade Debt | | | | $59,791.01 |
| National Grid P.O. Box 11742 Newark, NJ 04012 | Rose McCarthy  Rose.mccarthy@nationalgrid.com  Ph:   315-460-7217 | Trade Debt | | | | $53,117.27 |