# United States Bankruptcy Court
### District of Massachusetts

In re **Clark-Cutler-McDermott Company**     Case No.
Debtor(s)     Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **AMELIA JONES**<br>**139 THORTON ST**<br>**PORTSMOUTH, NH 03801** | B | 60 | |
| **AMELIA JONES**<br>**139 THORNTON ST**<br>**PORTSMOUTH, NH 03801** | B | 60 | |
| **ANDREA L. BUCCHANIO**<br>**35 VALLEY ST**<br>**BLACKSTONE, MA 01504** | B | 1036 | |
| **BEVERLY SHALINEWICZ**<br>**991 MADISON TERRACE NORTHWEST**<br>**ACWORTH, GA 30102** | | | |
| **CATHERINE J. DONALDSON**<br>**390 WRENTHAM RD**<br>**BELLINGHAM, MA 02019** | B | 1036 | |
| **CMDR. BUZZ LITTLE**<br>**2902 REDWOOD ST**<br>**SAN DIEGO, CA 92104** | "A" (voting) | 6 | |
| **CMDR. BUZZ LITTLE**<br>**2902 REDWOOD ST**<br>**SAN DIEGO, CA 92104** | B | 60 | |
| **DONNA L. POULOS**<br>**14 ADDINGTON RD**<br>**W ROXBURY, MA 20132** | B | 1026 | |
| **DORIS M. CUTLER PERRY**<br>**24 HALLIGAN AVE**<br>**SHELBURNE FALLS, MA 01370-1231** | "A" (voting) | 14 | |
| **DORIS M. CUTLER PERRY**<br>**24 HALLIGAN AVE**<br>**SHELBURNE FALLS, MA 01370-1231** | B | 126 | |
| **JACQUELINE SEIMER**<br>**595 FOREST LAKE BLVD**<br>**LAKE ORION, MI 48362** | "A" (voting) | 20 | |
| **JACQUELINE SEIMER**<br>**595 FOREST LAKE BLVD**<br>**LAKE ORION, MI 48362** | B | 181 | |

In re:  **Clark-Cutler-McDermott Company**                                         Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JAMES H. AIMONE JR.**<br>**12 ENTRANCE RD**<br>**PLYMOUTH, MA 02360** | "A" (voting) | 753 | |
| **JAMES T. MCDERMOTT  GST TRUST**<br>**8 MONTEREY DR**<br>**FRANKLIN, MA 02038** | "A" (voting) | 1194 | |
| **JAMES T. MCDERMOTT  GST TRUST**<br>**8 MONTEREY DR**<br>**FRANKLIN, MA 02038** | B | 190 | |
| **JEANE AIMONE**<br>**12 ENTRANCE RD**<br>**PLYMOUTH, MA 02360** | B | 1131 | |
| **JOHN D. AND ALIS AIMONE**<br>**2338 39TH ST N W**<br>**WASHINGTON, DC 20007** | B | 1882 | |
| **JOSEPH R. BUCCHANIO**<br>**238 UNION ST**<br>**FRANKLIN, MA 02038** | B | 1036 | |
| **KATHERINE P. TUTTLE**<br>**178 SCOUNT CAMP ROAD**<br>**PLYMOUTH, VT 05056** | "A" (voting) | 90 | |
| **KATHERINE P. TUTTLE**<br>**178 SCOUNT CAMP ROAD**<br>**PLYMOUTH, VT 05056** | B | 810 | |
| **KATHLEEN R. JOHNSON**<br>**11384B CANARY DR**<br>**UAMSVILLE, MD 21754** | "A" (voting) | 21 | |
| **KATHLEEN R. JOHNSON**<br>**11384B CANARY DR**<br>**UAMSVILLE, MD 21754** | B | 181 | |
| **KELLY K. MCDERMOTT  GST TRUST**<br>**310 NORTH WAYNE AVE**<br>**WAYNE, PA 19087** | "A" (voting) | 120 | |
| **KELLY K. MCDERMOTT  GST TRUST**<br>**310 NORTH WAYNE AVE**<br>**WAYNE, PA 19087** | B | 1266 | |

In re: **Clark-Cutler-McDermott Company**                                    Case No. _____
                                       Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **KENNETH H. CLARK**<br>**11 ROSEDALE RD**<br>**NORWOOD, MA 02062** | B | 3077 | |
| **KERRY P. MCDERMOTT  GST TRUST**<br>**4 BUBBLING BROOK DR**<br>**FRANKLIN, MA 02038** | "A" (voting) | 120 | |
| **KERRY P. MCDERMOTT  GST TRUST**<br>**4 BUBBLING BROOK DR**<br>**FRANKLIN, MA 02038** | B | 1265 | |
| **KRISTIN JOHNSON**<br>**31 HARBOUR ISLE DR W UNIT 202**<br>**FORT PIERCE, FL 34949-2783** | "A" (voting) | 20 | |
| **KRISTIN JOHNSON**<br>**31 HARBOUR ISLE DR W UNIT 202**<br>**FORT PIERCE, FL 34949-2783** | B | 181 | |
| **LAURIE JOHNSON**<br>**PO BOX 364**<br>**ESSEX, MA 01929** | "A" (voting) | 20 | |
| **LAURIE JOHNSON**<br>**PO BOX 364**<br>**ESSEX, MA 01929** | B | 182 | |
| **LINDA MAE DONOVAN**<br>**1 BEACH PLUM RD**<br>**PLYMOUTH, MA 02360** | B | 1882 | |
| **MARGARET L. BURLING**<br>**570 LEXINGTON RD**<br>**CONCORD, MA 02147** | B | 1026 | |
| **MARRIE L. BIGGS  AND**<br>**BEVERLY SHALINEWICZ**<br>**991 MADISON TERRACE NORTHWEST**<br>**ACWORTH, GA 30102** | "A" (voting) | 100 | |
| **MARRIE L. BIGGS  AND**<br>**BEVERLY SHALINEWICZ**<br>**991 MADISON TERRACE NORTHWEST**<br>**ACWORTH, GA 30102** | B | 906 | |

In re:   **Clark-Cutler-McDermott Company**     Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **MARTHA E. ROWLEY**<br>**PO BOX 502**<br>**SAXTONS RIVER, VT 05154** | 'A" (voting) | 160 | |
| **MARTHA E. ROWLEY**<br>**PO BOX 502**<br>**SAXTONS RIVER, VT 05154** | B | 1440 | |
| **MARY U. GEROMINI AND ROBERT A. GEROMINI**<br>**348 FRANKLIN ST**<br>**WRENTHAM, MA 02093** | B | 886 | |
| **MICHAEL H. MCDERMOTT  GST TRUST**<br>**33 CRESENT DR**<br>**FRANKLIN, MA 02038** | "A" (voting) | 120 | |
| **MICHAEL H. MCDERMOTT  GST TRUST**<br>**33 CRESENT DR**<br>**FRANKLIN, MA 02038** | B | 1265 | |
| **PETER J. BUCCHANIO**<br>**238 UNION ST**<br>**FRANKLIN, MA 02038** | B | 1146 | |
| **PETER T. BUCCHANIO**<br>**238 UNION ST**<br>**FRANKLIN, MA 02038** | B | 1036 | |
| **ROBERT A. GEROMINI AND MARY U. GEROMINI**<br>**TRUSTEES OF THE ROBERT A. GEROMINI REVOKABLE TRUST DATED FEBRUARY 14, 2001**<br>**348 FRANKLIN ST**<br>**WRENTHAM, MA 02093** | B | 1326 | |
| **ROBERT E. GEROMINI**<br>**5 HILLTOP DR**<br>**BELLINGHAM, MA 02019** | B | 1026 | |
| **ROSE MARIE  MURPHY**<br>**25 DILLINGHAM WAY**<br>**PLYMOUTH, MA 02360** | B | 1882 | |
| **SUSAN ROWLEY**<br>**376 WASHINGTON ST #10**<br>**LYNN, MA 01901** | "A" (voting) | 7 | |

List of equity security holders consists of 6 total page(s)

In re: **Clark-Cutler-McDermott Company** / Debtor(s)          Case No. _____

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| SUSAN ROWLEY<br>376 WASHINGTON ST #10<br>LYNN, MA 01901 | B | 60 | |
| THOMAS R. MCDERMOTT<br>33 CRESENT SR<br>FRANKLIN, MA 02038 | "A" (voting) | 769 | |
| TRACY A. BYRNE GST TRUST<br>290 IMPERIAL DR<br>GLASTONBURY, CT 06033 | "A" (voting) | 120 | |
| TRACY A. BYRNE GST TRUST<br>290 IMPERIAL DR<br>GLASTONBURY, CT 06033 | B | 1267 | |
| VIRGINIA C. HOBBS<br>35 MARVIN AVE<br>FRANKLIN, MA 02038 | B | 2500 | |
| VIRGINIA CLARK HOBBS<br>35 MARVIN AVE<br>FRANKLIN, MA 02038 | B | 577 | |
| VIRGINIA CUTLER TURNER<br>4422 E 46TH PLACE<br>TULSA, OK 74135 | "A" (voting) | 96 | |
| VIRGINIA CUTLER TURNER<br>4422 E 46TH PLACE<br>TULSA, OK 74135 | B | 864 | |
| WENDY HARRENSTEIN<br>4423 SOMERSET DR SE<br>BELLEVUE, WA 98006 | "A" (voting) | 21 | |
| WENDY HARRENSTEIN<br>4423 SOMERSET DR SE<br>BELLEVUE, WA 98006 | B | 181 | |

In re:  **Clark-Cutler-McDermott Company**                                    Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **July 6, 2016**                          Signature  **/s/ James McDermott**
                                                          **James McDermott**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.