**EXHIBIT 7**

**K&L GATES**

July 1, 2016

Charles A. Dale, III
chad.dale@klgates.com

T 617 261 3112
F 617 261 3175

Joseph R. Sgroi
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226-3506

Re:  Shipment of Inventory Bank Parts Manufactured for General Motors LLC ("GM") and Extension of Equipment Option and Tooling Option

Dear Joe:

I am writing in response to your letter dated June 28, which raises two issues.

First, you claim that CCM is violating the Temporary Restraining Order issued by the United States District Court on June 17 (the "TRO") by "refusing to ship certain inventory bank Component Parts manufactured during the term of the Interim Accommodation Agreement…" It is true that under Section 3H of the Interim Accommodation Agreement between the parties, CCM agreed to build excess inventory, referred to as a "parts bank", above and beyond GM's contractual requirements. As you know, however, the interim Accommodation Agreement has now expired. While certain provisions of the Interim Accommodation Agreement survived termination, Section 3H governing the parts bank did not survive. CCM has and (subject to continued funding from GM) will continue to abide by the TRO by supplying 100% of GM's requirements. CCM will not, however, build excess parts that are beyond the scope of the TRO or any existing contract between the parties.

You have also requested an extension of the equipment and tooling options granted to GM under the Interim Accommodation Agreement. CCM is unwilling to extend those deadlines. The deadline for your client to exercise its equipment and tooling options remains July 17, 2016.

Please do not hesitate to call me with any questions.

Very truly yours,

Charles A. Dale, III

K&L GATES LLP
STATE STREET FINANCIAL CENTER   ONE LINCOLN STREET   BOSTON   MA 02111
T +1 617 261 3100  F +1 617 261 3175   klgates.com

BOS-4149334 v1

klgates.com