**EXHIBIT 9**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CLARK-CUTLER-MCDERMOTT CO., et. al. | ) | Case No. 16-41188 |
| | ) | |
| Debtors. | ) | Hon. Christopher J. Panos |
| | ) | |

**ORDER GRANTING EMERGENCY MOTION OF GENERAL MOTORS LLC
FOR RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the Motion of General Motors LLC ("GM") for Relief from the Automatic Stay (the "Motion"), and this Court having reviewed the Motion and the responses thereto, if any; and it appearing that proper and adequate notice has been given under the circumstances and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and it appearing that good and sufficient cause exists; it is hereby:

ORDERED, that the Motion is approved; and it is further

ORDERED, that GM is granted immediate relief from the automatic stay so that the GM may immediately remove all GM Tooling, Dedicated Equipment and Finished Goods Inventory from the Debtors' facilities; and it is further

ORDERED, that the 10-day stay requirement of Bankruptcy Rule 4001(a)(3) is waived.

Dated this _____ day of _____, 2016        _____

The Honorable _____
United States Bankruptcy Judge

1

22074515.6