# THE WALL STREET JOURNAL.

Patrick Fitzgerald
Bureau Chief

The Wall Street Journal
1025 Connecticut Ave., N.W.
Suite 800
Washington, D.C.
patrick.fitzgerald@wsj.com

# DOW JONES

July 12, 2016

Judge Christopher J. Panos
United States Bankruptcy Court
Donohue Federal Building
595 Main Street, Room 211
Worcester, MA 01608-2076

Re: Clark-Cutler-McDermott Co., Case No. 16-41188

Dear Judge Panos:

We are writing to respectfully request that our reporter be provided listen-only telephonic access to the July 13 hearing on General Motors' request for relief from the automatic stay in the Clark-Cutler-McDermott chapter 11 case.

As a global news organization, The Wall Street Journal serves readers who have much at stake in the Clark-Cutler-McDermott case, even beyond the general public interest in the court-supervised sale of a family-owned auto supplier.

Allowing the press to have listen-only telephone access to the July 13 hearing would open the courtroom door to the public at large and to tens of thousands of people at CCM and General Motors who may be affected by the bankruptcy, without interfering with the proceedings before Your Honor, or putting an additional burden on court staff. We would greatly appreciate this courtesy, one that would go a long way toward advancing the public interest.

Thank you for letting us bring this matter to the Court's attention. We stand ready to answer any questions or discuss any concerns Your Honor may have.

Respectfully,

Patrick Fitzgerald
Bureau Chief, Bankruptcy
The Wall Street Journal
Patrick.Fitzgerald@wsj.com

A NEWS CORPORATION COMPANY