
THOMSON REUTERS

July 12, 2016

Judge Christopher J. Panos
United States Bankruptcy Court
Donohue Federal Building
595 Main Street, Room 211
Worcester, MA 01608-2076

    Re: Clark-Cutler-McDermott Co., Case No. 16-41188

Dear Judge Panos:

We are writing to respectfully request that our reporter be provided listen-only telephone access to the July 13 hearing on General Motors' request for relief from the automatic stay in the Clark-Cutler-McDermott case.

Reuters is a global news organization whose readers and clients are closely following GM's affairs, and this case. Many of them have a financial interest in the outcome, beyond the general public interest in the matter.

We join with the other news organizations that have asked for listen-only telephone access, and agree that such access would open the proceedings to thousands of people who have an interest without putting a burden on your court and its staff. Such access would allow for accurate, timely dissemination of information to all interested parties.

Thank you for considering our request. I am ready to answer any questions you may have.

Sincerely,


Joseph White
Transportation Editor
Reuters
Joe.White@thomsonreuters.com
313 498 4038

Address Line 1       D + 1123 456 7890
Address Line 2       F + 1123 456 7890

International registry information fits here, if necessary. Incassum, et praesent copio demoveo cogo mollor. Tation nisl nulus paulatim adipiscing rolo, jus valde hendrerit, magna. Aliquam consequat, wisi ut ad, ingenium, feugiat exerci.

@ thomsonreuters.com