July 13, 2016


Attention U.S. Bankruptcy Court, District of Massachusetts, Worchester:

I am requesting telephonic access to be able to listen into a hearing scheduled at 2:30 p.m. July 13, 2016
regarding motions filed in the Clark-Cutler-McDermott Chapter 11 bankruptcy (Case No. 16-41188).

I am an automotive reporter for The Detroit News in Detroit, Michigan, and we are interested in
reporting on the outcome of this hearing and following the case.

Please, if approved, provide me with dial-in information and any restrictions or other instructions.

Thank you so much for your time,

Melissa Burden

The Detroit News

160 W. Fort St.

Detroit, MI 48826

(313) 222-2319 work

(810) 730-5204 cell

mburden@detroitnews.com