**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DISTRICT**

_____
                                                                    )
**In re:**                                                         )
                                                                    )
**Clark-Cutler-McDermott Company**                                 )
**CCM Automotive Lafayette LLC**                                   )         **Chapter 11**
                                                                    )         **Case No. 16-41188-CJP**
                            **Debtor**                              )         **Case No. 16-41189-CJP**
_____ )

**UNITED STATES TRUSTEE'S NOTICE OF APPOINTMENT**
**OF UNSECURED CREDITORS' COMMITTEE**

The United States Trustee, through his undersigned counsel, submits this Notice regarding the appointment of an unsecured creditors' committee as contemplated by 11 U.S.C. § 1102(a)(1).

The following creditors have been appointed to the Committee:

Daniel Lubin, Principal
Millbury Textile Recycling Inc.
PO Box 69, 4 Lincoln Ave. Ext.
Millbury, MA  01527
Phone: 508-865-1717
Fax: 508-865-8300
Dlubin@millburyrecycling.com

Douglas D. Kissinger, President
Fiber Conversion Inc.
15 E Elm St
Broadalbin, NY 12025
Phone: 518-883-3431
Fax: 518-883-8748
fcdoug@nycap.rr.com

Warren Pepicilli, Manager
New England Joint Board
Local 31T of Unite!
33 Harrison Avenue
Boston, MA 02111
Phone: 617-832-6618
Fax: 617-482-5518
wpepi@unitehere.org

Tim Sullivan, Corporate Controller
Leigh Fibers Inc.
1101 Syphirt Road
Wellford, SC 29385
Phone: 864-949-5651
Fax: 864-949-5671
tsullivan@leighfibers.com

Gerald P. Willette, President
Northland-Willette Inc.
12 High St
Plainville, MA 02762-0295
Phone: 508-699-4016
Fax: 508-699-5074
jwillette1@nwhydinc.com

        **Respectfully submitted,**

        **WILLIAM K. HARRINGTON**
        **United States Trustee, Region 1**

        **By:**     **/s/ Lisa D. Tingue**
        **Lisa D. Tingue (BBO #633275)**
        **Trial Attorney**
        **United States Department of Justice**
        **Office of the United States Trustee**
        **446 Main Street, 14th Floor**
        **Worcester, MA 01608**
        **Telephone: (508) 793-0555**
        **Facsimile:  (508) 793-0558**
        **Email: lisa.d.tingue@usdoj.gov**

**Dated: July 20, 2016**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 20th day of July, 2016, a copy of the foregoing United States Trustee's Notice of Appointment of Unsecured Creditors' Committee was served via first class mail, postage pre-paid and/or via ECF upon the following:

**Debtor**

**Clark-Cutler-McDermott Company**
5 Fisher Street
Franklin, MA 02038

**Debtor's Attorney**

**Charles A. Dale, III**
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111

**20 Largest Creditors and Appearances**

Warren Pepicilli
New England Joint Board
Local 31T of Unite!
33 Harrison Avenue
Boston, MA  02111

Richard Rust
National Retirement Fund
6 Blackstone Valley Place, Suite 302
Lincoln, RI 02865

Meggie Clark
Fiber Conversion Inc.
15 E Elm St
Broadalbin, NY 12025

Elias Gomez
Marves Industries
306 Cline Park Drive
Hildebran, NC 28637

Millbury Textile Recycling Inc
PO Box 69
Millbury, MA 01527

Antonio Pomes
Acousitics & Insulators
Techniques, S.L
C/Moli D'en Bisbe, 18-34
Barcelona 08110 Spain

Guy Boitos
GB Industries LLC
PO Box 2442
Birmingham, MI 48012-2442

Constellation New Energy
PO Box 105223
Atlanta, GA 33034-8522

Doreen Simonds
Leigh Fibers Inc.
1101 Syphirt Road
Wellford, SC 29385

Steve Smith
HW Staffing Solutions
PO Box 517
South Easton, MA 02375

Direct Energy Business
PO Box 905243
Charlotte, NC 28290-5243

David Kugel
Consolidated Fibers Inc.
PO Box 240416
Charlotte, NC 28224

Phil Goy
KPMG LLP
Dept 0511
Dallas, TX 75312-0511

Robert Malinowski
Diematic Tooling
250 Woolwich St
So-Unit 18 Ontario NOB1MO Canada

Michael Illek
R&STechnik GMBH-Bocholt Betriebsstatte Germany
D-63477 Maintal

Diane Donnelly
Northland-Willette Inc.
12 High St
Plainville, MA 02762-0295

Allied Waste Services
Fall River Collection Fall River, MA
02720-4736

Michael Bull
Command Transportation
7500 Frontage Rd
Skokie, IL 60077

Jessica Butler
UPS Freight
PO Box 730900
Dallas, TX 75373-0900

Rose McCarthy
National Grid
P.O. Box 11742
Newark, NJ 04012


Dated: July 20, 2016                                    /s/  Lisa D. Tingue
                                                        Lisa D. Tingue