# UNITED STATES BANKRUPTCY COURT
## DISTRICT MASSACHUSETTS
## CENTRAL DIVISION

---------------------------------------------------------------------X
In re:                                                          :      Chapter 11
                                                                :
CLARK-CUTLER MCDERMOTT COMPANY., *et al*.,   :
                                                                :      Case No. 16-41188-CJP
                          Debtors.                         :
                                                                :      (Jointly Administered)
---------------------------------------------------------------------X

## NOTICE OF APPEARANCE OF COUNSEL
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., appears herein as counsel to the Official Committee of Unsecured Creditors, in connection with the above-referenced case, pursuant to Bankruptcy Rule 9010(b); and requests, pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010, and pursuant to 11 U.S.C. §§ 102(1), 342 and 1109(b), that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the attorneys listed below:

> Adrienne K. Walker, Esq.
> Scott C. Ford, Esq.
> Keith P. Carroll, Esq.
> MINTZ, LEVIN, COHN, FERRIS,
> GLOVSKY AND POPEO, P.C.
> One Financial Center
> Boston, Massachusetts 02111
> Tel:  617-542-6000
> Fax:  617-542-2241
> E-mail: awalker@mintz.com
>                sford@mintz.com
>                kcarroll@mintz.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral and whether transmitted or conveyed by

mail, overnight delivery, messenger, facsimile, telephone, electronic medium or otherwise filed or made with regard to the referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any related case, controversy or proceedings; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or appropriate venue in this proceeding; or (v) other rights, claims, actions, defenses, setoffs or recoupments which exist pursuant to agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED: July 20, 2016

                                              Respectfully submitted,

                                              /s/ Adrienne K. Walker
                                              Adrienne K. Walker, Esq. (BBO #641490)
                                              Scott C. Ford, Esq. (BBO #629280)
                                              Keith P. Carroll, Esq. (BBO #666039)
                                              MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
                                              AND POPEO, P.C.
                                              One Financial Center
                                              Boston, Massachusetts 02111
                                              Tel:  617-542-6000
                                              Fax:  617-542-2241
                                              E-mail: awalker@mintz.com
                                                          sford@mintz.com
                                                          kcarroll@mintz.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT MASSACHUSETTS**
**CENTRAL DIVISION**

---------------------------------------------------------------------X
In re:                                                              :    Chapter 11
                                                                    :
CLARK-CUTLER MCDERMOTT COMPANY., *et al*.,   :
                                                                    :    Case No. 16-41188-CJP
                              Debtors.                              :
                                                                    :    (Jointly Administered)
---------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, Adrienne K. Walker, do hereby certify that on the 20th day of July, 2016, I caused a copy of the Notice of Appearance and Request for Service of Papers to be served through the ECF system, and that copies will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as of the date herein.

Dated:  July 20, 2016                          */s/ Adrienne K. Walker*
                                                      Adrienne K. Walker