**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>**CLARK-CUTLER-MCDERMOTT COMPANY**, *et al*.,[1/]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 16-41188 (CJP)<br><br>(Jointly Administered) |

**SECOND ASSENTED TO MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EXTEND DEADLINE TO OBJECT TO PORTION OF ORDER AUTHORIZING THE DEBTORS TO PAY WAGES, COMPENSATION, EMPLOYEE BENEFITS, AND OTHER RELATED OBLIGATIONS**
**(Request for Emergency Determination)**

The Official Committee of Unsecured Creditors (the "Committee"), by and through its undersigned proposed counsel, requests this Court (the "Motion") to enter an order extending the deadline by which the Committee must object to that certain *Order Authorizing the Debtors to Pay Wages, Compensation, Employee Benefits and Other Related Obligations* [Dkt. No. 68] (the "Wage Order"). The Committee seeks emergency determination of this Motion pursuant to MLBR 9013-1(g) because the deadline to submit an objection is today, July 25, 2016. The relief requested by this Motion is assented to by HW Staffing Solutions.[2/] In support of this Motion, the Committee states as follows:

　　　　1.　　　The Wage Order authorized the payment of certain amounts to temporary staffing

---

[1/]　　　The Debtors in these chapter 11 cases are Clark-Cutler-McDermott Company and CCM Automotive Lafayette LLC. CCM's corporate headquarters are located at 5 Fisher Street, Franklin, Massachusetts, 02038. Lafayette, a wholly owned subsidiary of CCM Automotive LLC, has its principal place of business at 1465 Shattuck Industrial Boulevard, Lafayette, Georgia 30728.

[2/]　　　HW Staffing was previously represented by Mintz Levin in connection with filing the *Limited Objection Of HW Staffing Solutions to Debtors' Motion for Authority to Pay Wages, Compensation, Employee Benefits, and Other Related Obligations* (the "Limited Objection"). Subsequent to filing the Limited Objection, Mintz Levin withdrew from representing HW Staffing in these chapter 11 bankruptcy cases in advance of the firm's proposal to serve as counsel to the Committee. Mirick O'Connell has since been retained to represent HW Staffing in these chapter 11 cases.

1

agencies, subject to any party filing an objection to such payment on or before July 20, 2016, which was further extended by assent to July 25, 2016. *See* Wage Order, ¶ 14; see also Doc No. 96.

2. The Committee was formed on July 19, 2016, and the undersigned was engaged as proposed counsel on July 20, 2016. The Committee has reviewed the Wage Order and has raised concerns regarding the necessity to make such payments in light of the Debtors' cessation of ordinary business operations. The Committee has conferred with the Office of the United States Trustee ("UST") and understands that the UST also has concerns regarding the payments to the staffing agencies under the Wage Order. The Committee requests additional time for the Committee and UST to complete their respective review of the matters underlying the Wage Order and submit any objection by July 29, 2016.

3. HW Staffing Solutions consents to the request to extend the deadline solely for the Committee and UST to object to the Wage Order through July 29, 2016, subject to an opportunity to file a supplemental statement on or before August 4, 2016 and a further hearing on August 8, 2016 or later as the Court's schedule permits.

WHEREFORE, the Committee requests this Court to (a) grant emergency determination of the Motion, (b) extend the deadline by which the Committee or UST must object to the Wage Order to July 29, 2016, (c) set a reply date for HW Staffing Solutions to submit a response or

further briefing on or before August 4, 2016, (c) set a hearing at the Court's convenience on or after August 8, 2016, and (d) grant such other and further relief as is just.

DATED: July 25, 2016

                      Respectfully submitted,

                    */s/ Adrienne K. Walker*
Adrienne K. Walker  BBO #641490
Amanda Blaske BBO #687103
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
Tel:  617-542-6000
Fax:  617-542-2241
E-mail: akwalker@mintz.com
        amblaske@mintz.com

*Proposed Counsel to Official Committee for Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT MASSACHUSETTS**
**CENTRAL DIVISION**

------------------------------------------------------------------------X
In re:                                                 :    Chapter 11
                                                       :
CLARK-CUTLER MCDERMOTT COMPANY., *et al*.,             :
                                                       :    Case No. 16-41188-CJP
                              Debtors.                 :
                                                       :    (Jointly Administered)
------------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Adrienne K. Walker, do hereby certify that on the 25th day of July, 2016, I caused a copy of the Second Emergency Assented to Motion of the Official Committee of Unsecured Creditors to Extend the Deadline to Object to Portion of Order Authorizing the Debtors to Pay Wages, Compensation, Employee Benefits and Other Related Obligations to be served through the ECF system, and that copies will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as of the date herein.

Dated:  July 25, 2016                    */s/ Adrienne K. Walker*
                                         Adrienne K. Walker