UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| **CLARK-CUTLER-MCDERMOTT COMPANY**, *et al.*,[1] | Case No. 16-41188 (CJP) |
| | **(Jointly Administered)** |
| **Debtors.** | |

**NOTICE OF MODIFIED SCHEDULE OF EXECUTORY CONTRACTS AND
<u>UNEXPIRED LEASES WITH PROPOSED CURE AMOUNTS</u>**

TO ALL CONTRACT COUNTERPARTIES

PLEASE TAKE NOTICE that on July 12, 2016, the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "<u>Debtors</u>") filed a *Motion for (I) Order Establishing Bidding Procedures and Granting Related Relief and (II) Order Approving Sale of Substantially all Assets Free and Clear of all Liens, Claims, Encumbrances, and Interests and Granting Related Relief* [Docket No. 50] (the "<u>Sale Motion</u>").[2]  On August 2, 2016, the Bankruptcy Court entered the Bidding Procedures Order in connection with the sale.

PLEASE TAKE FURTHER NOTICE that on August 4, 2016, the Debtors filed the *Notice of Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases and Proposed Cure Amounts* (the "<u>Contract Notice</u>") [Docket No. 151], which included a schedule of executory contracts and unexpired leases that may be assumed and assigned to the winning bidder(s), with proposed cure amounts (the "<u>Schedule</u>").

PLEASE TAKE FURTHER NOTICE that attached hereto as **<u>Exhibit A</u>** is a modified schedule (the "<u>Modified Schedule</u>"), which provides further detail on the contracts and leases, the counterparties, and modifies certain proposed cure amounts.  Attached hereto as **<u>Exhibit B</u>** is a redline of the Modified Schedule against the Schedule.

**PLEASE TAKE FURTHER NOTICE THAT, BY LISTING A CONTRACT OR LEASE ON THE SCHEDULE ATTACHED HERETO, (I) THE DEBTORS ARE NOT MAKING A REPRESENTATION THAT ANY SUCH AGREEMENT OR OTHER DOCUMENT IS ACTUALLY AN EXECUTORY CONTRACT OR LEASE, AND (II) NO**

---

[1] The Debtors in these chapter 11 cases are Clark-Cutler-McDermott Company and CCM Automotive Lafayette LLC.  CCM's corporate headquarters are located at 5 Fisher Street, Franklin, Massachusetts, 02038. Lafayette, a wholly owned subsidiary of CCM Automotive LLC, has its principal place of business at 1465 Shattuck Industrial Boulevard, Lafayette, Georgia 30728.

[2] Capitalized terms not otherwise defined herein shall have the meanings provided in the Sale Motion.

**PARTY IS ASSURED THAT ANY CONTRACT WILL ULTIMATELY BE ASSUMED AND ASSIGNED.**

Dated: Boston, Massachusetts
August 5, 2016

Respectfully submitted,

CLARK-CUTLER-MCDERMOTT COMPANY

By its proposed counsel,

*/s/ David A. Mawhinney*
Charles A. Dale III (BBO No. 558839)
Mackenzie L. Shea (BBO No. 666241)
David A. Mawhinney (BBO No. 681737)
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111
Tel:  (617) 261-3100
Fax: (617) 261-3175

E-mail:
chad.dale@klgates.com
mackenzie.shea@klgates.com
david.mawhinney@klgates.com

# **EXHIBIT A**

**Modified Schedule**

**MODIFIED**

**Schedule of Executory Contracts and Unexpired Leases and Proposed Cure Amounts**

Notice is hereby given that any executory contracts and unexpired leases listed below may be assumed and assigned to the winning bidder(s). By listing an agreement or other document on this schedule, (I) the Debtors do not make a representation or admission that any such agreement or other document is actually an executory contract or unexpired lease for purposes of the section 365 of the Bankruptcy Code, and (II) no counterparty is assured that any agreement that is in fact an executory contract or unexpired lease will ultimately be assumed and/or assigned. For the avoidance of doubt, the inclusion or exclusion of any document or instrument on/from this schedule shall not be deemed a waiver or admission by the Debtors of the legal character associated therewith. This schedule remains subject to further diligence, including without limitation, ongoing review of the underlying agreement or other documents listed herein, which diligence may result in modifications of the schedule. Counterparties will receive further notification if there are any such modifications.

| Contract/Lease | Property/Location | Counterparty | Proposed Cure |
|---|---|---|---|
| Standard Industrial Lease dated August 27, 2008, and First Amendment to Lease dated March 1, 2013 | 59,970 square feet located at<br><br>130 Constitution Boulevard<br>Franklin, MA | NV Franklin, LLC<br>c/o John G. Loughnane<br>Nutter, McClennen & Fish LLP<br>155 Seaport Boulevard<br>Boston, MA 02110-2604 | $0.00 |
| Lease Agreement with 445 S. Livernois, LLC dated June 22, 2015 | 1,675 square feet of office space located at<br><br>445 S. Livernois, Suite 104<br>Rochester Hills, MI 48307 | 445 S. Livernois, LLC<br>c/o Vito A. Pampalona<br>1235 North Main Street<br>Rochester, MI 48307 | $4,100.00 |
| Retail Installment Contract or Commercial Lease Agreement with Clark-Cutler-McDermott Co. dated 11/4/2009, Equipment Schedule No. 2 dated 12/7/11. | Three (3) Toyota forklifts model 8FGCU25, with attached 189-FSV-Mast;<br>serial nos. 36923, 36955, and 37161<br><br>5 Fisher Street<br>Franklin, MA | Toyota Motor Credit Corporation<br>c/o Vincent Domestico<br>Domestico & Domestico LLP<br>65 Charles Street<br>Holliston, MA 01746 | $2,781.00 |
| Retail Installment Contract or Commercial Lease Agreement with Clark-Cutler-McDermott Co. dated 11/4/2009, Equipment Schedule No. 3 dated 12/7/11. | One (1) Toyota forklift model 8FGCU2560 with attached 189-FSV-Mast, 60-inch forks;<br>serial no. 37110<br><br>5 Fisher Street<br>Franklin, MA | Toyota Motor Credit Corporation<br>c/o Vincent Domestico<br>Domestico & Domestico LLP<br>65 Charles Street<br>Holliston, MA 01746 | $911.55 |

| Contract/Lease | Property/Location | Counterparty | Proposed Cure |
|---|---|---|---|
| Retail Installment Contract or Commercial Lease Agreement with Clark-Cutler-McDermott Co. dated 11/4/2009, Equipment Schedule No. 4 dated 8/22/12. | One (1) Toyota forklift model 8FGCU2560 with attached 189-FSV-Mast, 60-inch forks; serial no. 42179<br><br>5 Fisher Street<br>Franklin, MA | Toyota Motor Credit Corporation<br>c/o Vincent Domestico<br>Domestico & Domestico LLP<br>65 Charles Street<br>Holliston, MA 01746 | $941.37 |
| Retail Installment Contract or Commercial Lease Agreement with Clark-Cutler-McDermott Co. dated 11/4/2009, Equipment Schedule No. 5 dated 4/8/13. | One (1) Toyota forklift model 8FGCU2560 with attached 189-FSV-Mast, 60-inch forks; serial no. 45686<br><br>5 Fisher Street<br>Franklin, MA | Toyota Motor Credit Corporation<br>c/o Vincent Domestico<br>Domestico & Domestico LLP<br>65 Charles Street<br>Holliston, MA 01746 | $935.16 |
| Retail Installment Contract or Commercial Lease Agreement with Clark-Cutler-McDermott Co. dated 11/4/2009, Equipment Schedule No. 6 dated 6/12/13. | One (1) Toyota forklift model 7HBW23 serial no. 48753<br><br>42 Hayward Street<br>Franklin, MA | Toyota Motor Credit Corporation<br>c/o Vincent Domestico<br>Domestico & Domestico LLP<br>65 Charles Street<br>Holliston, MA 01746 | $396.66 |
| Retail Installment Contract or Commercial Lease Agreement with Clark-Cutler-McDermott Co. dated 11/4/2009, Equipment Schedule No. 7 dated 8/5/13. | One (1) Toyota forklift model 8FGCU2560 with attached 189-FSV-Mast, 60-inch forks; serial no. 48138<br><br>5 Fisher Street<br>Franklin, MA | Toyota Motor Credit Corporation<br>c/o Vincent Domestico<br>Domestico & Domestico LLP<br>65 Charles Street<br>Holliston, MA 01746 | $928.38 |
| Retail Installment Contract or Commercial Lease Agreement with Clark-Cutler-McDermott Co. dated 11/4/2009, Equipment Schedule No. 8 dated 5/2/14. | One (1) Toyota forklift model 8FGCU2560 with attached 189-FSV-Mast, 60-inch forks; serial no. 60661<br><br>5 Fisher Street<br>Franklin, MA | Toyota Motor Credit Corporation<br>c/o Vincent Domestico<br>Domestico & Domestico LLP<br>65 Charles Street<br>Holliston, MA 01746 | $913.86 |
| Retail Installment Contract or Commercial Lease Agreement with Clark-Cutler-McDermott Co. dated 11/4/2009, Equipment Schedule No. 9 dated 8/27/14. | One (1) Toyota forklift model 7HBW23 with 48-inch forks; serial no. 53552<br><br>5 Fisher Street<br>Franklin, MA | Toyota Motor Credit Corporation<br>c/o Vincent Domestico<br>Domestico & Domestico LLP<br>65 Charles Street<br>Holliston, MA 01746 | $334.02 |

| Contract/Lease | Property/Location | Counterparty | Proposed Cure |
|---|---|---|---|
| Retail Installment Contract or Commercial Lease Agreement with Clark-Cutler-McDermott Co. dated 11/4/2009, Equipment Schedule No. 10 dated 10/21/14. | One (1) Toyota forklift model 8FGCU2560 with attached 189-FSV-Mast, 60-inch forks; serial no. 64289<br><br>5 Fisher Street<br>Franklin, MA | Toyota Motor Credit Corporation<br>c/o Vincent Domestico<br>Domestico & Domestico LLP<br>65 Charles Street<br>Holliston, MA 01746 | $888.09 |
| Retail Installment Contract or Commercial Lease Agreement with Clark-Cutler-McDermott Co. dated 11/4/2009, Equipment Schedule No. 11 dated 1/13/15. | One (1) Toyota forklift model 8FGCU2560 with attached 189-FSV-Mast, 60-inch forks; serial no. 66325<br><br>5 Fisher Street<br>Franklin, MA | Toyota Motor Credit Corporation<br>c/o Vincent Domestico<br>Domestico & Domestico LLP<br>65 Charles Street<br>Holliston, MA 01746 | $914.22 |
| Toshiba Business Solutions FMV Lease Agreement with Clark-Cutler-McDermott Co. dated 2/21/15 | One (1) e-Studio 5560C copier/printer;<br><br>5 Fisher Street<br>Franklin, MA | US Bank Equipment Finance<br>c/o Alison Waltz<br>1310 Madrid Street<br>Marshall, MN 56258 | $0.00 |
| Toshiba Business Solutions FMV Lease Agreement with Clark-Cutler-McDermott Co. dated 2/21/15 | One (1) e-Studio 4555C copier/printer;<br><br>5 Fisher Street<br>Franklin, MA | US Bank Equipment Finance<br>c/o Alison Waltz<br>1310 Madrid Street<br>Marshall, MN 56258 | $6,004.74 |
| Toshiba Business Solutions FMV Lease Agreement with Clark-Cutler-McDermott Co. dated 2/21/15 | One (1) Lexmark XM1145 Monochrome Laser Fax/copier/printer<br><br>5 Fisher Street<br>Franklin, MA | US Bank Equipment Finance<br>c/o Alison Waltz<br>1310 Madrid Street<br>Marshall, MN 56258 | $1,071.72 |
| Toshiba Business Solutions FMV Lease Agreement with Clark-Cutler-McDermott Co. dated 3/23/15. | e-Studio 3055C copier<br><br>1465 Shattuck Industrial Blvd.<br>Lafayette, GA | US Bank Equipment Finance<br>c/o Alison Waltz<br>1310 Madrid Street<br>Marshall, MN 56258 | $118.16 |
| Single Sided Lease Agreement dated 4/1/14. | One (1) 2014 Clark Forklift C20C S/N C232L-0411 9855CN<br><br>5 Fisher Street<br>Franklin, MA | Wells Fargo Equipment Finance<br>300 Tri-State International, Suite 400<br>Lincolnshire, IL 60069 | $1,061.46 |

| Contract/Lease | Property/Location | Counterparty | Proposed Cure |
|---|---|---|---|
| Single Sided Lease Agreement dated 10/1/14. | One (1) 2014 Clark Forklift C20C S/N<br><br>1465 Shattuck Industrial Blvd.<br>Lafayette, GA 30728 | Wells Fargo Equipment Finance<br>300 Tri-State International, Suite 400<br>Lincolnshire, IL 60069 | $713.78 |
| Lease Agreement No. 19822<br>Rental Invoice AR0276206 | One (1) 53' Road Trailer #HT367222<br><br>5 Fisher Street<br>Franklin, MA | Bowman Trailer Leasing<br>c/o Charlotte "Charty" Barber<br>315 Manley Street<br>West Bridgewater, MA 02379 | $4,749.38 |
| Lease Agreement No. 10277 | One (1) 53' Road Trailer #530125;<br>One (1) 53' Road Trailer #530127; and<br>One (1) 53' Road Trailer #780936<br><br>5 Fisher Street<br>Franklin, MA | Bowman Trailer Leasing<br>c/o Charlotte "Charty" Barber<br>315 Manley Street<br>West Bridgewater, MA 02379 | $4,393.44 |
| Lease Agreement No. 680714<br>Rental Invoice AR0276120 | One (1) 53' Road Trailer #553724<br><br>5 Fisher Street<br>Franklin, MA | Bowman Trailer Leasing<br>c/o Charlotte "Charty" Barber<br>315 Manley Street<br>West Bridgewater, MA 02379<br><br>Transport International Pool, Inc.<br>530 E. Swedesford Road<br>Wayne, PA 19087 | $990 |
| Lease Agreement No. 724115<br>Rental Invoice AR0276120 | One (1) 53' Road Trailer #128196<br><br>5 Fisher Street<br>Franklin, MA | Bowman Trailer Leasing<br>c/o Charlotte "Charty" Barber<br>315 Manley Street<br>West Bridgewater, MA 02379<br><br>Transport International Pool, Inc.<br>530 E. Swedesford Road<br>Wayne, PA 19087 | $885 |

4

| Contract/Lease | Property/Location | Counterparty | Proposed Cure |
|---|---|---|---|
| Lease Agreement No. 724139<br>Rental Invoice AR0276120 | One (1) 53' Road Trailer<br>#379345<br><br>5 Fisher Street<br>Franklin, MA | Bowman Trailer Leasing<br>c/o Charlotte "Charty" Barber<br>315 Manley Street<br>West Bridgewater, MA 02379<br><br>Transport International Pool, Inc.<br>530 E. Swedesford Road<br>Wayne, PA 19087 | $885 |
| Lease Nos. 49579 and 13961<br>Rental Invoices: RI829653; RI838127; RI842985; RI847502;RI85220; and RI856818 | One (1) 40' Container<br>11-73883C<br><br>5 Fisher Street<br>Franklin, MA | The Eagle Leasing Company<br>1 Irving Eagle Place<br>P.O. Box 923<br>Orange, CT 06477 | $170 |
| Lease Nos. 49579 and 13961<br>Rental Invoices: RI829653; RI838127; RI842985; RI847502;RI85220; and RI856818 | One (1) 40' Container<br>11-5781C<br><br>5 Fisher Street<br>Franklin, MA | The Eagle Leasing Company<br>1 Irving Eagle Place<br>P.O. Box 923<br>Orange, CT 06477 | $170 |
| Lease Nos. 49579 and 13961<br>Rental Invoices: RI829653; RI838127; RI842985; RI847502;RI85220; and RI856818 | One (1) 40' Container<br>11-11462C<br><br>5 Fisher Street<br>Franklin, MA | The Eagle Leasing Company<br>1 Irving Eagle Place<br>P.O. Box 923<br>Orange, CT 06477 | $178 |
| Lease Nos. 49579 and 13961<br>Rental Invoices: RI829653; RI838127; RI842985; RI847502;RI85220; and RI856818 | One (1) 40' Container<br>11-11402C<br><br>5 Fisher Street<br>Franklin, MA | The Eagle Leasing Company<br>1 Irving Eagle Place<br>P.O. Box 923<br>Orange, CT 06477 | $178 |
| Lease Nos. 49579 and 13961<br>Rental Invoices: RI829653; RI838127; RI842985; RI847502;RI85220; and RI856818 | One (1) 48' Road Trailer<br>Y1-7986<br><br>5 Fisher Street<br>Franklin, MA | The Eagle Leasing Company<br>1 Irving Eagle Place<br>P.O. Box 923<br>Orange, CT 06477 | $675 |

| Contract/Lease | Property/Location | Counterparty | Proposed Cure |
|---|---|---|---|
| Lease Nos. 49579 and 13961<br>Rental Invoices: RI829653; RI838127; RI842985; RI847502;RI85220; and RI856818 | One (1) 48' Road Trailer<br>Y1-8187<br><br>5 Fisher Street<br>Franklin, MA | The Eagle Leasing Company<br>1 Irving Eagle Place<br>P.O. Box 923<br>Orange, CT 06477 | $675 |
| Lease Agreements Nos. 342197, 345711, and 616337 | One (1) Storage Trailer 48' Swing Door #854107;<br>One (1) Storage Trailer 48' Swing Door #285226; and<br>One (1) Storage Trailer 48' Swing Door #285302<br><br>5 Fisher Street<br>Franklin, MA | Boston Trailer Sales LLC<br>c/o Keirsten J. Yates<br>635 Manely Street<br>West Bridgewater, MA 02379 | $739.50 |
| Vehicle Lease Service Agreement dated June 25, 2015 | Freightliner Cascadia 113 (2016)<br>Unit #149106<br><br>5 Fisher Street<br>Franklin, MA | Penske Truck Leasing Co. L.P.<br>P.O. Box 563<br>Reading, PA 19603<br><br>Maureen Biassey<br>Manager, Loss Control/Risk Management<br>2675 Morgantown Road<br>Reading, PA 19607 | $4,152.57 |
| Contract and Rental Invoice #00100633313 | 26FT SAD MEDIUM VAN<br>Unit # 698698<br><br>5 Fisher Street<br>Franklin, MA | Penske Truck Leasing Co. L.P.<br>P.O. Box 563<br>Reading, PA 19603<br><br>Maureen Biassey<br>Manager, Loss Control/Risk Management<br>2675 Morgantown Road<br>Reading, PA 19607 | $7,327.28 |
| Collective Bargaining Agreement dated 3/13/2012. | N/A | New England Joint Board<br>Local 31T of Unite!<br>c/o Shelley B. Kroll<br>Segal Roitman, LLP<br>111 Devonshire Street, Fifth Floor<br>Boston, MA 02109 | $0.00 |

# **EXHIBIT B**

**Redline**

**MODIFIED**

**Schedule of Executory Contracts and Unexpired Leases and Proposed Cure Amounts**

Notice is hereby given that any executory contracts and unexpired leases listed below may be assumed and assigned to the winning bidder(s).  By listing an agreement or other document on this schedule, (I) the Debtors do not make a representation or admission that any such agreement or other document is actually an executory contract or unexpired lease for purposes of the section 365 of the Bankruptcy Code, and (II) no counterparty is assured that any agreement that is in fact an executory contract or unexpired lease will ultimately be assumed and/or assigned.  For the avoidance of doubt, the inclusion or exclusion of any document or instrument on/from this schedule shall not be deemed a waiver or admission by the Debtors of the legal character associated therewith.  This schedule remains subject to further diligence, including without limitation, ongoing review of the underlying agreement or other documents listed herein, which diligence may result in modifications of the schedule.  Counterparties will receive further notification if there are any such modifications.

| Contract/Lease | Property/Location | Counterparty | Proposed Cure |
|---|---|---|---|
| Standard Industrial Lease dated August 27, 2008, and First Amendment to Lease dated March 1, 2013 | 59,970 square feet located at<br><br>130 Constitution Boulevard<br>Franklin, MA | NV Franklin, LLC<br>c/o John G. Loughnane<br>Nutter, McClennen & Fish LLP<br>155 Seaport Boulevard<br>Boston, MA 02110-2604 | $0.00 |
| Lease Agreement with 445 S. Livernois, LLC dated June 22, 2015 | 1,675 square feet of office space located at<br><br>445 S. Livernois, Suite 104<br>Rochester Hills, MI 48307 | 445 S. Livernois, LLC<br>c/o Vito A. Pampalona<br>1235 North Main Street<br>Rochester, MI 48307 | $4,100.00 |
| Retail Installment Contract or Commercial Lease Agreement with Clark-Cutler-McDermott Co. dated 11/4/2009, Equipment Schedule No. 2 dated 12/7/11. | Three (3) Toyota forklifts model 8FGCU25, with attached 189-FSV-Mast; serial nos. 36923, 36955, and 37161<br><br>5 Fisher Street<br>Franklin, MA | Toyota Motor Credit Corporation<br>c/o Vincent Domestico<br>Domestico & Domestico LLP<br>65 Charles Street<br>Holliston, MA 01746 | $2,781.00 |
| Retail Installment Contract or Commercial Lease Agreement with Clark-Cutler-McDermott Co. dated 11/4/2009, Equipment Schedule No. 3 dated 12/7/11. | One (1) Toyota forklift model 8FGCU2560 with attached 189-FSV-Mast, 60-inch forks; serial no. 37110<br><br>5 Fisher Street<br>Franklin, MA | Toyota Motor Credit Corporation<br>c/o Vincent Domestico<br>Domestico & Domestico LLP<br>65 Charles Street<br>Holliston, MA 01746 | $911.55 |

| Contract/Lease | Property/Location | Counterparty | Proposed Cure |
|---|---|---|---|
| | | | |
| Retail Installment Contract or Commercial Lease Agreement with Clark-Cutler-McDermott Co. dated 11/4/2009, Equipment Schedule No. 4 dated 8/22/12. | One (1) Toyota forklift model 8FGCU2560 with attached 189-FSV-Mast, 60-inch forks; serial no. 42179<br><br>5 Fisher Street<br>Franklin, MA | Toyota Motor Credit Corporation<br>c/o Vincent Domestico<br>Domestico & Domestico LLP<br>65 Charles Street<br>Holliston, MA 01746 | $941.37 |
| Retail Installment Contract or Commercial Lease Agreement with Clark-Cutler-McDermott Co. dated 11/4/2009, Equipment Schedule No. 5 dated 4/8/13. | One (1) Toyota forklift model 8FGCU2560 with attached 189-FSV-Mast, 60-inch forks; serial no. 45686<br><br>5 Fisher Street<br>Franklin, MA | Toyota Motor Credit Corporation<br>c/o Vincent Domestico<br>Domestico & Domestico LLP<br>65 Charles Street<br>Holliston, MA 01746 | $935.16 |
| Retail Installment Contract or Commercial Lease Agreement with Clark-Cutler-McDermott Co. dated 11/4/2009, Equipment Schedule No. 6 dated 6/12/13. | One (1) Toyota forklift model 7HBW23 serial no. 48753<br><br>42 Hayward Street<br>Franklin, MA | Toyota Motor Credit Corporation<br>c/o Vincent Domestico<br>Domestico & Domestico LLP<br>65 Charles Street<br>Holliston, MA 01746 | $396.66 |
| Retail Installment Contract or Commercial Lease Agreement with Clark-Cutler-McDermott Co. dated 11/4/2009, Equipment Schedule No. 7 dated 8/5/13. | One (1) Toyota forklift model 8FGCU2560 with attached 189-FSV-Mast, 60-inch forks; serial no. 48138<br><br>5 Fisher Street<br>Franklin, MA | Toyota Motor Credit Corporation<br>c/o Vincent Domestico<br>Domestico & Domestico LLP<br>65 Charles Street<br>Holliston, MA 01746 | $928.38 |
| Retail Installment Contract or Commercial Lease Agreement with Clark-Cutler-McDermott Co. dated 11/4/2009, Equipment Schedule No. 8 dated 5/2/14. | One (1) Toyota forklift model 8FGCU2560 with attached 189-FSV-Mast, 60-inch forks; serial no. 60661<br><br>5 Fisher Street<br>Franklin, MA | Toyota Motor Credit Corporation<br>c/o Vincent Domestico<br>Domestico & Domestico LLP<br>65 Charles Street<br>Holliston, MA 01746 | $913.86 |
| Retail Installment Contract or Commercial Lease Agreement with Clark-Cutler-McDermott Co. dated | One (1) Toyota forklift model 7HBW23 with 48-inch forks; serial no. 53552 | Toyota Motor Credit Corporation<br>c/o Vincent Domestico<br>Domestico & Domestico LLP | $334.02 |

2

| Contract/Lease | Property/Location | Counterparty | Proposed Cure |
|---|---|---|---|
| 11/4/2009, Equipment Schedule No. 9 dated 8/27/14. | 5 Fisher Street<br>Franklin, MA | 65 Charles Street<br>Holliston, MA 01746 | |
| Retail Installment Contract or Commercial Lease Agreement with Clark-Cutler-McDermott Co. dated 11/4/2009, Equipment Schedule No. 10 dated 10/21/14. | One (1) Toyota forklift model 8FGCU2560 with attached 189-FSV-Mast, 60-inch forks; serial no. 64289<br><br>5 Fisher Street<br>Franklin, MA | Toyota Motor Credit Corporation<br>c/o Vincent Domestico<br>Domestico & Domestico LLP<br>65 Charles Street<br>Holliston, MA 01746 | $888.09 |
| Retail Installment Contract or Commercial Lease Agreement with Clark-Cutler-McDermott Co. dated 11/4/2009, Equipment Schedule No. 11 dated 1/13/15. | One (1) Toyota forklift model 8FGCU2560 with attached 189-FSV-Mast, 60-inch forks; serial no. 66325<br><br>5 Fisher Street<br>Franklin, MA | Toyota Motor Credit Corporation<br>c/o Vincent Domestico<br>Domestico & Domestico LLP<br>65 Charles Street<br>Holliston, MA 01746 | $914.22 |
| Toshiba Business Solutions FMV Lease Agreement with Clark-Cutler-McDermott Co. dated 2/21/15 | One (1) e-Studio 5560C copier/printer;<br><br>5 Fisher Street<br>Franklin, MA | US Bank Equipment Finance<br>c/o Alison Waltz<br>1310 Madrid Street<br>Marshall, MN 56258 | $0.00 |
| Toshiba Business Solutions FMV Lease Agreement with Clark-Cutler-McDermott Co. dated 2/21/15 | One (1) e-Studio 4555C copier/printer;<br><br>5 Fisher Street<br>Franklin, MA | US Bank Equipment Finance<br>c/o Alison Waltz<br>1310 Madrid Street<br>Marshall, MN 56258 | $6,004.74 |
| Toshiba Business Solutions FMV Lease Agreement with Clark-Cutler-McDermott Co. dated 2/21/15 | One (1) Lexmark XM1145 Monochrome Laser Fax/copier/printer<br><br>5 Fisher Street<br>Franklin, MA | US Bank Equipment Finance<br>c/o Alison Waltz<br>1310 Madrid Street<br>Marshall, MN 56258 | $1,071.72 |
| Toshiba Business Solutions FMV Lease Agreement with Clark-Cutler-McDermott Co. dated 3/23/15. | e-Studio 3055C copier<br><br>1465 Shattuck Industrial Blvd.<br>Lafayette, GA | US Bank Equipment Finance<br>c/o Alison Waltz<br>1310 Madrid Street<br>Marshall, MN 56258 | $118.16 |
| Single Sided Lease Agreement dated | One (1) 2014 Clark Forklift | Wells Fargo Equipment Finance | $1,061.46 |

3

| Contract/Lease | Property/Location | Counterparty | Proposed Cure |
|---|---|---|---|
| 4/1/14. | C20C S/N C232L-0411 9855CN<br><br>5 Fisher Street<br>Franklin, MA | 300 Tri-State International, Suite 400<br>Lincolnshire, IL 60069 | |
| Single Sided Lease Agreement dated 10/1/14. | One (1) 2014 Clark Forklift C20C S/N<br><br>1465 Shattuck Industrial Blvd.<br>Lafayette, GA 30728 | Wells Fargo Equipment Finance<br>300 Tri-State International, Suite 400<br>Lincolnshire, IL 60069 | $713.78 |
| Lease Agreement No. 19822<br>Rental Invoice AR0276206 | One (1) 53' Road Trailer #HT367222<br><br>5 Fisher Street<br>Franklin, MA | Bowman Trailer Leasing<br>c/o Charlotte "Charty" Barber<br>315 Manley Street<br>West Bridgewater, MA 02379 | $~~1,005~~4,749.38 |
| ~~Rental Invoice AR0276158~~Lease Agreement No. 10277 | One (1) 53' Road Trailer #530125;<br>One (1) 53' Road Trailer #530127; and<br>One (1) 53' Road Trailer #780936<br><br>5 Fisher Street<br>Franklin, MA | Bowman Trailer Leasing<br>c/o Charlotte "Charty" Barber<br>315 Manley Street<br>West Bridgewater, MA 02379 | $~~990~~4,393.44 |
| ~~Rental Invoice AR0276158~~ | ~~One (1) 53' Road Trailer #530127~~<br><br>~~5 Fisher Street~~<br>~~Franklin, MA~~ | ~~Bowman Trailer Leasing~~<br>~~c/o Charlotte "Charty" Barber~~<br>~~315 Manley Street~~<br>~~West Bridgewater, MA 02379~~ | ~~$990~~ |
| ~~Rental Invoice AR0276158~~ | ~~One (1) 53' Road Trailer #780936~~<br><br>~~5 Fisher Street~~ | ~~Bowman Trailer Leasing~~<br>~~c/o Charlotte "Charty" Barber~~<br>~~315 Manley Street~~<br>~~West Bridgewater, MA 02379~~ | ~~$960~~ |

4

| Contract/Lease | Property/Location | Counterparty | Proposed Cure |
|---|---|---|---|
| | ~~Franklin, MA~~ | | |
| Lease Agreement No. 680714<br>Rental Invoice AR0276120 | One (1) 53' Road Trailer<br>#553724<br><br>5 Fisher Street<br>Franklin, MA | Bowman Trailer Leasing<br>c/o Charlotte "Charty" Barber<br>315 Manley Street<br>West Bridgewater, MA 02379<br><br>Transport International Pool, Inc.<br>530 E. Swedesford Road<br>Wayne, PA 19087 | $990 |
| Lease Agreement No. 724115<br>Rental Invoice AR0276120 | One (1) 53' Road Trailer<br>#128196<br><br>5 Fisher Street<br>Franklin, MA | Bowman Trailer Leasing<br>c/o Charlotte "Charty" Barber<br>315 Manley Street<br>West Bridgewater, MA 02379<br><br>Transport International Pool, Inc.<br>530 E. Swedesford Road<br>Wayne, PA 19087 | $885 |
| Lease Agreement No. 724139<br>Rental Invoice AR0276120 | One (1) 53' Road Trailer<br>#379345<br><br>5 Fisher Street<br>Franklin, MA | Bowman Trailer Leasing<br>c/o Charlotte "Charty" Barber<br>315 Manley Street<br>West Bridgewater, MA 02379<br><br>Transport International Pool, Inc.<br>530 E. Swedesford Road<br>Wayne, PA 19087 | $885 |
| Lease Nos. 49579 and 13961<br>Rental Invoices: RI829653; RI838127; RI842985; RI847502;RI85220; and RI856818 | One (1) 40' Container<br>11-73883C<br><br>5 Fisher Street<br>Franklin, MA | The Eagle Leasing Company<br>1 Irving Eagle Place<br>P.O. Box 923<br>Orange, CT 06477 | $170 |
| Lease Nos. 49579 and 13961<br>Rental Invoices: RI829653; RI838127; RI842985; RI847502;RI85220; and | One (1) 40' Container<br>11-5781C | The Eagle Leasing Company<br>1 Irving Eagle Place<br>P.O. Box 923 | $170 |

5

| Contract/Lease | Property/Location | Counterparty | Proposed Cure |
|---|---|---|---|
| RI856818 | 5 Fisher Street<br>Franklin, MA | Orange, CT 06477 | |
| Lease Nos. 49579 and 13961<br>Rental Invoices: RI829653; RI838127; RI842985; RI847502;RI85220; and RI856818 | One (1) 40' Container<br>11-11462C<br><br>5 Fisher Street<br>Franklin, MA | The Eagle Leasing Company<br>1 Irving Eagle Place<br>P.O. Box 923<br>Orange, CT 06477 | $178 |
| Lease Nos. 49579 and 13961<br>Rental Invoices: RI829653; RI838127; RI842985; RI847502;RI85220; and RI856818 | One (1) 40' Container<br>11-11402C<br><br>5 Fisher Street<br>Franklin, MA | The Eagle Leasing Company<br>1 Irving Eagle Place<br>P.O. Box 923<br>Orange, CT 06477 | $178 |
| Lease Nos. 49579 and 13961<br>Rental Invoices: RI829653; RI838127; RI842985; RI847502;RI85220; and RI856818 | One (1) 48' Road Trailer<br>Y1-7986<br><br>5 Fisher Street<br>Franklin, MA | The Eagle Leasing Company<br>1 Irving Eagle Place<br>P.O. Box 923<br>Orange, CT 06477 | $675 |
| Lease Nos. 49579 and 13961<br>Rental Invoices: RI829653; RI838127; RI842985; RI847502;RI85220; and RI856818 | One (1) 48' Road Trailer<br>Y1-8187<br><br>5 Fisher Street<br>Franklin, MA | The Eagle Leasing Company<br>1 Irving Eagle Place<br>P.O. Box 923<br>Orange, CT 06477 | $675 |
| ~~Rental Invoice RI21104~~Lease Agreements Nos. 342197, 345711, and 616337 | One (1) Storage Trailer 48' Swing Door #854107;<br>One (1) Storage Trailer 48' Swing Door #285226; and<br>One (1) Storage Trailer 48' Swing Door #285302<br><br>5 Fisher Street<br>Franklin, MA | Boston Trailer Sales LLC<br>c/o Keirsten J. Yates<br>635 Manely Street<br>West Bridgewater, MA 02379 | $739.50 |

6

| Contract/Lease | Property/Location | Counterparty | Proposed Cure |
|---|---|---|---|
| Vehicle Lease Service Agreement dated June 25, 2015 ~~Contract and Rental Invoice #00100633313~~ | ~~TADC Tractor~~ Freightliner Cascadia 113 (2016) Unit #149106<br><br>5 Fisher Street<br>Franklin, MA | Penske Truck Leasing Co. L.P.<br>P.O. Box ~~827380~~563<br>~~Philadelphia~~Reading, PA ~~19182-7380~~19603<br><br>Maureen Biassey<br>Manager, Loss Control/Risk Management<br>2675 Morgantown Road<br>Reading, PA 19607 | $~~2,194.29~~4,152.57 |
| Contract and Rental Invoice #00100633313 | 26FT SAD MEDIUM VAN Unit # 698698<br><br>5 Fisher Street<br>Franklin, MA | Penske Truck Leasing Co. L.P.<br>P.O. Box ~~827380~~563<br>~~Philadelphia~~Reading, PA ~~19182-7380~~19603<br><br>Maureen Biassey<br>Manager, Loss Control/Risk Management<br>2675 Morgantown Road<br>Reading, PA 19607 | $~~3,804.49~~7,327.28 |
| Collective Bargaining Agreement dated 3/13/2012. | N/A | New England Joint Board<br>Local 31T of Unite!<br>c/o Shelley B. Kroll<br>Segal Roitman, LLP<br>111 Devonshire Street, Fifth Floor<br>Boston, MA 02109 | $0.00 |

7