

08/24/2018 ALLOWED.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>CLARK-CUTLER-MCDERMOTT COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-41188 (CJP)<br><br>(Jointly Administered and Substantively Consolidated) |

### APPLICATION FOR ADMISSION *PRO HAC VICE* OF EDWARD L. SCHNITZER

Pursuant to rule 9010-1(f) of the Local Rules of the United States Bankruptcy Court for the District of Massachusetts (the "Local Rules"), the undersigned hereby respectfully requests this Court enter an order admitting Edward L. Schnitzer of CKR Law LLP to practice before this Court *pro hac vice* in the above-captioned case as counsel for defendant Stein Fibers, Ltd. in *Jalbert v. Stein Fibers, Ltd.*, Adv. Pro. No. 18-04081, and defendant Consolidated Fibers, Inc. in *Jalbert v. Consolidated Fibers, Inc., et al.*, Adv. Pro. No. 18-04086. As set forth in the Certification of Mr. Schnitzer, attached hereto as Exhibit A, he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, there are no disciplinary proceedings pending against him in any jurisdiction, he is familiar with the Local Rules, and he has made no prior application to be admitted to this Court in this calendar year. Mr. Schnitzer has paid the required *pro hac vice* registration fee for the admission of an attorney to practice in this Court.

WHEREFORE, the undersigned respectfully requests that Edward L. Schnitzer be granted leave to appear and practice in this Court *pro hac vice* as counsel for defendant

---

[1] The Debtors in these Chapter 11 Cases are Clark-Cutler-McDermott Company ("CCM") and CCM Automotive Lafayette LLC ("Lafayette"). As of the Petition Date, CCM's corporate headquarters were located at 5 Fisher Street, Franklin, Massachusetts, 02038. Lafayette, a wholly owned subsidiary of CCM Automotive LLC, had its principal place of business at 1465 Shattuck Industrial Boulevard, Lafayette, Georgia 30728.